B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Middle District of Alabama
Case No. 13−33356
Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Anthony C. Wyckoff
    3060 Kelly Circle
    Montgomery, AL 36116

Social Security / Individual Taxpayer ID No.:
    xxx−xx−1435

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: November 24, 2015

William R. Sawyer
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                               Middle District of Alabama
In re:                                                             Case No. 13-33356-WRS
Anthony C. Wyckoff                                                 Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 1127-2          User: admin                  Page 1 of 2                  Date Rcvd: Nov 25, 2015
                              Form ID: B18                 Total Noticed: 31
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2015.
```
db          +Anthony C. Wyckoff,    3060 Kelly Circle,    Montgomery, AL 36116-5268
aty          Jennifer M Bush,    Alabama Department of Human Resources,     Room 2122,    P. O. Box 304000,
              Montgomery, AL  36130-4000
aty         +Paul J. Spina, III,    Spina & Lavelle, P.C.,    1 Perimeter Park S,    Suite 400N,
              Birmingham, AL 35243-3243
aty         +Richard D. Shinbaum,    Shinbaum & Campbell,    P.O. Box 201,    Montgomery, AL 36101-0201
cr          +Green Tree Servicing LLC, as authorized servicer f,    P.O. BOX 6154,
              Rapid City, SD 57709-6154
cr          +Navient Solutions, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
cr          +Resources Human,    P. O. Box 304000,    Montgomery, AL 36130-4000
cr          +The Bank of New York Mellon Trust Company, N.A. as,     P.O. BOX 6154,
              Rapid City, SD 57709-6154
2987361     +Chela/Sallie Mae,    ATTN: CLAIMS DEPARTMENT,    PO BOX 9500,    WILKES-BARRE, PA 18773-9500
2987356      EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
2987358      EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
2987363     +HOLLOWAY CREDIT SOLUTI,    1286 CARMICHAEL WAY,    MONTGOMERY, AL 36106-3645
2987368     +JACKSON HOSPITAL,    1725 PINE STREET,    Montgomery, AL 36106-1117
2987369     +JACKSON PRIMARY CARE,    C/O HCBC,    1286 CARMICHAEL WAY,    Montgomery, AL 36106-3645
2987370     +Reshonda Wyckoff,    529 Coliseum Blvd,    Montgomery, AL 36109-1201
3004121      Sallie Mae Inc. on behalf of ECMC,    P.O Box 16408,    Saint. Paul, MN 55116-0408
2987371     +Specialized Loan Serviving, LLC,    8742 Lucent Blvd Suite 300,    Littleton, CO 80129-2386
2987357     +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QSSDEPAOLA.COM Nov 25 2015 20:48:00      Susan S. DePaola,    1726 West Second Street,
              Suite B,    Montgomery, AL 36106-1546
3000005      E-mail/Text: dhrcscbu@dhr.alabama.gov Nov 25 2015 20:47:49
              Alabama Department of Human Resources,    Child Support Enforcement,    P. O. Box 304000,
              Montgomery, AL 36130-4000
2987359     +EDI: BANKAMER.COM Nov 25 2015 20:48:00      BAC HOME LOANS/COUNTRYWIDE,    450 AMERICAN ST,
              Simi Valley, CA 93065-6285
2987360     +EDI: CHASE.COM Nov 25 2015 20:48:00      CHASE,    PO BOX 15298,    WILMINGTON, DE 19850-5298
3012025      E-mail/Text: bankruptcy.bnc@gt-cs.com Nov 25 2015 20:47:58      Green Tree Servicing, LLC,
              P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
3012026      E-mail/Text: bankruptcy.bnc@gt-cs.com Nov 25 2015 20:47:58      Green Tree Servicing, LLC,
              PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number: 888-298-7785
2987362      E-mail/Text: bankruptcy.bnc@gt-cs.com Nov 25 2015 20:47:58      Greentree,    P.O. Box 6172,
              Rapid City, SD 57709-6172
2987364     +E-mail/Text: carol.brensing@usdoj.gov Nov 25 2015 20:47:46      HON. R. Randolph Neely,
              ASSISTANT UNITED STATES ATTY.,    P.O. BOX 197,    MONTGOMERY, AL 36101-0197
2987365     +EDI: HFC.COM Nov 25 2015 20:48:00      HSBC BANK,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
2987366      EDI: IRS.COM Nov 25 2015 20:48:00      INTERNAL REVENUE SERVICE,    INSOLVENCY,
              801 TOM MARTIN DR., ROOM 126,    BIRMINGHAM, AL 35211
3044966      EDI: PRA.COM Nov 25 2015 20:48:00      Portfolio Recovery Associates, LLC,    POB 12914,
              Norfolk VA 23541
3078787     +EDI: NAVIENTFKASMSERV.COM Nov 25 2015 20:48:00      Sallie Mae Trust,
              c/o Navient Solutions Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
3026697      EDI: DRIV.COM Nov 25 2015 20:48:00      Santander Consumer USA,    P.O. Box 560284,
              Dallas, TX 75356-0284
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Susan S. DePaola,    1726 West Second Street,    Suite B,    Montgomery, AL 36106-1546
2987367*     INTERNAL REVENUE SERVICE,    P O BOX 7317,    Philadelphia, PA 19101-7317
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2015                                  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2015 at the address(es) listed below:

          Bankruptcy Administrator    ba@almb.uscourts.gov
          Jennifer M Bush    on behalf of Creditor Resources   Human jennifer.bush@dhr.alabama.gov
          Paul J. Spina, III    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
           CWABS, Inc. Asset Backed Certificates Series 2007-12, as owner and holder of account/contract
           originated by Countrywide Home Loans, Inc. pspina@spinalavelle.com
          Paul J. Spina, III    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. as
           Trustee on behalf of CWABS Asset Backed Certificates Trust 2007-12 by Green Tree Servicing LLC
           pspina@spinalavelle.com
          Richard D. Shinbaum    on behalf of Debtor Anthony C. Wyckoff rshinbaum@smclegal.com,
           smclegalecf@gmail.com
          Susan S. DePaola    on behalf of Trustee Susan S. DePaola brtrustee@charter.net,
           sshirockdepaola@ecf.epiqsystems.com
          Susan S. DePaola    brtrustee@charter.net,   sshirockdepaola@ecf.epiqsystems.com

                                                                                                                                                                                                            TOTAL: 7